# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SHANNON HURD (#354776)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 12-289-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated December 2, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Defendants Capt. Sharp, Sgt. Free, Sgt. Williams, Cpl. Steward and Maj. Williams are dismissed for failure to timely serve these defendants pursuant to Rule 4(m), Fed.R.Civ.P.5. Further, the claims against Warden N. Burl Cain are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and this action is dismissed.

Baton Rouge, Louisiana, January 6th, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA